IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| CAROL HAYLETT, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       V. | ) | Civil Action No. 05-229 E |
| LESLIE BOHRER, et al., | ) | |
|       Defendants. | ) | |

ORDER

_____ AND NOW, this 9th day of February, 2007, upon consideration of the Plaintiff's

Motion to Reconsider  (Document No. 30) and the Defendant's Response thereto

IT IS HEREBY ORDERED that the said motion is DENIED and the Order

dated August 15, 2006 be and hereby is AFFIRMED


S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge


cc: all parties of record.nmk